# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152943

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMETRIUS DARELL CLARK,
      Defendant-Appellant.
_____/

SC: 152943
COA: 329182
Wayne CC: 11-002069-FC

On order of the Court, the application for leave to appeal the November 19, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



Clerk

a1017